UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW,<br><br>    Plaintiff,<br><br>v.<br><br>AH HOSPITALITY GROUP, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-05443-WHO<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 9 |

On November 8, 2019, all parties in the above-captioned action filed a stipulation to dismiss, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 9. Having reviewed the stipulation, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice. The Clerk shall close the case and vacate all hearings.

Dated: November 12, 2019



William H. Orrick
United States District Judge